**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-14552-JPC |
| | § | |
| RANDALL L. BAXLEY | § | |
| CHERYL L. BAXLEY | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/06/2011. The undersigned trustee was appointed on 04/06/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                   $136,995.38

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $19,000.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $117,995.38 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2014 and the deadline for filing government claims was 10/29/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,149.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,149.77, for a total compensation of $9,149.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2016            By:   /s/ Gus A. Paloian
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 11-14552-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | Date Filed (f) or Converted (c): | 04/06/2011 (f) |
| For the Period Ending: | 1/4/2016 | §341(a) Meeting Date: | 05/20/2011 |
| | | Claims Bar Date: | 10/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Cash on Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account with TCF | $517.00 | $0.00 | | $0.00 | FA |
| 3  Savings Account with TCF | $62.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $625.00 | $0.00 | | $0.00 | FA |
| 5  Books, Pictures and CD's | $135.00 | $0.00 | | $0.00 | FA |
| 6  Wearing apparel | $400.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 8  Debtor d/b/a/ Baxley's Village - (repairs and maintains mobility scooters) | $0.00 | $0.00 | | $0.00 | FA |
| 9  Automobile-2005 Chevrolet Equinox with 63,212 in mileage - Current/Raffirm-Full Coverage Auto Insurance - Fair Market value is $7,000.00 is determined by a CarMax appraisal | $7,000.00 | $0.00 | | $0.00 | FA |
| 10 Tools of the Trade - 1 Volt.Ohm Meter ($60.00), Assorted Hand Tools ($60.00), Battery Tester-($40.00), 1 Computer and Printer - ($200.00), Supply Parts-($200.00) | $600.00 | $0.00 | | $0.00 | FA |
| 11 CLASS ACTION SETTLMENT        (u) | $71,762.69 | $52,762.69 | | $136,995.38 | FA |

**Asset Notes:**  The Trustee is administering this asset. Debtors receive a $15,000 exemption on the personal injury case and a $4,000 wildcard exemption.

**TOTALS (Excluding unknown value)**              **Gross Value of Remaining Assets**

| | $81,321.69 | $52,762.69 | | $136,995.38 | $0.00 |

**Major Activities affecting case closing:**

The case originally determined to be a no asset case and was closed on 5/24/11. In February, 2014, the Trustee was advised by Debtors' counsel that there is a litigation asset of the Estate to be administered. The case was re-opened to administer a class action claim settlement. Settlement funds were received in February, 2015. Claims objections are in resolution phase. The Trustee estimates case closing by 12/31/15.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit A

| **Case No.:** | 11-14552-JPC | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | **Date Filed (f) or Converted (c):** | 04/06/2011 (f) |
| **For the Period Ending:** | 1/4/2016 | **§341(a) Meeting Date:** | 05/20/2011 |
| | | **Claims Bar Date:** | 10/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    12/31/2015    **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-14552-JPC | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8371 | | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | **-***8372 | | Account Title: | RANDALL L. AND CHERYL L. BAXLEY |
| For Period Beginning: | 4/6/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2015 | (11) | FREESE AND GOSS, PLLC | PAYMENT RECEIVED FROM DEBTORS' LITIGATION COUNSEL RE SETTLEMENT WITH AMS | 1249-000 | $131,995.38 | | $131,995.38 |
| 02/25/2015 | (11) | Freese and Goss, PLLC | COLOPLAST SETTLEMENT CHECK - CHERYL BAXLEY | 1249-000 | $5,000.00 | | $136,995.38 |
| 12/16/2015 | 1001 | RANDALL L. BAXLEY AND CHERYL L. BAXLEY | $15,000.00 Personal Injury Exemption $4,000.00 Wildcard Exemption | 8100-002 | | $19,000.00 | $117,995.38 |
| | | | **TOTALS:** | | $136,995.38 | $19,000.00 | $117,995.38 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $136,995.38 | $19,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $19,000.00 | |
| | | | Net | | $136,995.38 | $0.00 | |

| For the period of 4/6/2011 to 1/4/2016 | | For the entire history of the account between 01/06/2015 to 1/4/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $136,995.38 | Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 | Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $19,000.00 | Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $19,000.00 | Total Comp/Non Comp Disbursements: | $19,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-14552-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8371 | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | **-***8372 | Account Title: | RANDALL L. AND CHERYL L. BAXLEY |
| For Period Beginning: | 4/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $136,995.38 | $19,000.00 | $117,995.38 |

**For the period of 4/6/2011 to 1/4/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $19,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/06/2011 to 1/4/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $19,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 11-14552-JPC | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | | | | | Date: | 1/4/2016 |
| Claims Bar Date: | 10/29/2014 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 07/07/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,149.77 | $9,149.77 | $0.00 | $0.00 | $0.00 | $9,149.77 |
| | SEYFARTH SHAW | 09/23/2015 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3110-000 | $0.00 | $27,825.50 | $27,825.50 | $0.00 | $0.00 | $0.00 | $27,825.50 |
| | SEYFARTH SHAW | 09/23/2015 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $108.40 | $108.40 | $0.00 | $0.00 | $0.00 | $108.40 |
| EXEMP | RANDALL L. BAXLEY AND CHERYL L. BAXLEY<br>4601 BEGGS<br>HOUSTON TX 77009 | 12/15/2015 | Debtor Exemptions | Allowed | 8100-002 | $0.00 | $19,000.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Debtors receive a $15,000 exemption on the personal injury case and a $4,000 wildcard exemption.

| | FERRER POIROT & WANSBROUGH | 09/23/2015 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $54,791.19 | $54,791.19 | $0.00 | $0.00 | $0.00 | $54,791.19 |

**Claim Notes:** 40% CONTINGENCY FEE TO DEBTORS' LITIGATION COUNSEL, PER COURT ORDER

| 1 | I.R.S.<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 08/01/2014 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $4,370.88 | $4,370.88 | $0.00 | $0.00 | $0.00 | $4,370.88 |
| 1a | I.R.S.<br><br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 08/01/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $451.27 | $451.27 | $0.00 | $0.00 | $0.00 | $451.27 |
| 2 | NAVIENT SOLUTIONS, INC.<br>220 Lasley Ave<br>Barre PA 18706 | 09/08/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,099.18 | $3,099.18 | $0.00 | $0.00 | $0.00 | $3,099.18 |

| Case No. | 11-14552-JPC | | | | | | | Trustee Name: | Gus A. Paloian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | | | | | | Date: | 1/4/2016 | | |
| Claims Bar Date: | 10/29/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS assignee of Capital One Bank (USA), N.A. Resurgent Capital Services PO Box 10587 Greenville SC 29603-0587 | 10/22/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,769.64 | $2,769.64 | $0.00 | $0.00 | $0.00 | $2,769.64 |
| 4 | CAVALRY SPV I, LLC assignee of Washington Mutual 500 Summit Lake Drive, Ste 400 Valhalla NY 10595 | 02/12/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $3,948.62 | $3,948.62 | $0.00 | $0.00 | $0.00 | $3,948.62 |

**Claim Notes:** (4-1) Cavalry SPV I, LLC as assignee of Washington Mutual

| 5 | ARROW FINANCIAL SERVIC 5996 W Touhy Ave Niles IL 60714 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $5,462.00 | $5,462.00 | $5,462.00 | $0.00 | $0.00 | $0.00 | $5,462.00 |

**Claim Notes:** (5-1) Collection Washington Mutual Bank

| 6 | BANK OF AMERICA PO Box 17054 Wilmington DE 19850 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $1,223.00 | $1,223.00 | $1,223.00 | $0.00 | $0.00 | $0.00 | $1,223.00 |

**Claim Notes:** (6-1) Charge Account

| 7 | CAPITAL ONE Po Box 85520 Richmond VA 23285 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $2,205.00 | $2,205.00 | $2,205.00 | $0.00 | $0.00 | $0.00 | $2,205.00 |

**Claim Notes:** (7-1) Charge Account

| 8 | CREDIT MANAGEMENT 4200 International Carrollton TX 75007 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $148.00 | $148.00 | $148.00 | $0.00 | $0.00 | $0.00 | $148.00 |

**Claim Notes:** (8-1) Collection Med1 02 Greater Hous

| Case No.: | 11-14552-JPC | | | | | | | Trustee Name: | | Gus A. Paloian | |
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | | | | | | Date: | | 1/4/2016 | |
| Claims Bar Date: | 10/29/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | DISCOVER  PO Box 6103  Carol Stream IL 60197 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $5,446.00 | $5,446.00 | $5,446.00 | $0.00 | $0.00 | $0.00 | $5,446.00 |
| **Claim Notes:** | (9-1) Credit Card | | | | | | | | | | | |
| 10 | EQUABLE ASCENT FINANCIAL  1120 W Lake Cook Rd Ste  Buffalo Grove IL 60089 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $1,220.00 | $1,220.00 | $1,220.00 | $0.00 | $0.00 | $0.00 | $1,220.00 |
| **Claim Notes:** | (10-1) Collection Ge Capital Corp. | | | | | | | | | | | |
| 11 | EXXON MOBILE CITI  Po Box 6497  Sioux Falls SD 57117 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $465.00 | $465.00 | $465.00 | $0.00 | $0.00 | $0.00 | $465.00 |
| **Claim Notes:** | (11-1) Charge Account | | | | | | | | | | | |
| 12 | GE MONEY BANK/DISCOUNT TIRES  PO Box 981439  El Paso TX 79998 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $1,219.00 | $1,219.00 | $1,219.00 | $0.00 | $0.00 | $0.00 | $1,219.00 |
| **Claim Notes:** | (12-1) Charge Account | | | | | | | | | | | |
| 13 | MIDLAND CREDIT MANAGEMENT  8875 Aero Dr  San Diego CA 92123 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $11,668.00 | $11,668.00 | $11,668.00 | $0.00 | $0.00 | $0.00 | $11,668.00 |
| **Claim Notes:** | (13-1) Collection Bank of America | | | | | | | | | | | |
| 14 | MIDLAND CREDIT MANAGEMENT  8875 Aero Dr  San Diego CA 92123 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $6,678.00 | $6,678.00 | $6,678.00 | $0.00 | $0.00 | $0.00 | $6,678.00 |
| **Claim Notes:** | (14-1) Collection Bank of America | | | | | | | | | | | |
| 15 | MIDLAND CREDIT MANAGEMENT  8875 Aero Dr  San Diego CA 92123 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $2,757.00 | $2,757.00 | $2,757.00 | $0.00 | $0.00 | $0.00 | $2,757.00 |
| **Claim Notes:** | (15-1) Collection Chase | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

| Case No. | 11-14552-JPC | | | | | | | Trustee Name: | Gus A. Paloian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | | | | | | Date: | 1/4/2016 | | |
| Claims Bar Date: | 10/29/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | SALLIE MAE<br><br>Po Box 9500<br>Wilkes Barre PA 18773 | 04/29/2015 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $3,534.00 | $3,534.00 | $3,534.00 | $0.00 | $0.00 | $0.00 | $3,534.00 |

**Claim Notes:** (16-1) Education

| | | | | | | $167,539.45 | $167,539.45 | $19,000.00 | $0.00 | $0.00 | $148,539.45 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 11-14552-JPC | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | **Date:** | 1/4/2016 |
| **Claims Bar Date:** | 10/29/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $27,933.90 | $27,933.90 | $0.00 | $0.00 | $0.00 | $27,933.90 |
| Debtor Exemptions | $19,000.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $6,320.09 | $6,320.09 | $0.00 | $0.00 | $0.00 | $6,320.09 |
| priority 507(a)(8) other | $4,370.88 | $4,370.88 | $0.00 | $0.00 | $0.00 | $4,370.88 |
| Special Counsel for Trustee Fees | $54,791.19 | $54,791.19 | $0.00 | $0.00 | $0.00 | $54,791.19 |
| Tardy General Unsecured 726(a)(3) | $45,973.62 | $45,973.62 | $0.00 | $0.00 | $0.00 | $45,973.62 |
| Trustee Compensation | $9,149.77 | $9,149.77 | $0.00 | $0.00 | $0.00 | $9,149.77 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       11-14552-JPC
Case Name:      RANDALL L. BAXLEY
                CHERYL L. BAXLEY
Trustee Name:   Gus A. Paloian

|  |  |
|---|---:|
| Balance on hand: | $117,995.38 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $117,995.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $9,149.77 | $0.00 | $9,149.77 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $27,825.50 | $0.00 | $27,825.50 |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $108.40 | $0.00 | $108.40 |
| Other: FERRER POIROT & WANSBROUGH, Special Counsel for Trustee Fees | $54,791.19 | $0.00 | $54,791.19 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $91,874.86 |
| Remaining balance: | $26,120.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $26,120.52 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,370.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | I.R.S. | $4,370.88 | $0.00 | $4,370.88 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $4,370.88 |
| Remaining balance: | $21,749.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,320.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | I.R.S. | $451.27 | $0.00 | $187.69 |
| 2 | Navient Solutions, Inc. | $3,099.18 | $0.00 | $1,288.99 |
| 3 | LVNV Funding, LLC its successors and assigns as | $2,769.64 | $0.00 | $1,151.93 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,628.61 |
| Remaining balance: | $19,121.03 |

Tardily filed claims of general (unsecured) creditors totaling $45,973.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4 | Cavalry SPV I, LLC | $3,948.62 | $0.00 | $1,642.28 |
| 5 | Arrow Financial Servic | $5,462.00 | $0.00 | $2,271.72 |
| 6 | Bank of America | $1,223.00 | $0.00 | $508.66 |
| 7 | Capital One | $2,205.00 | $0.00 | $917.09 |
| 8 | Credit Management | $148.00 | $0.00 | $61.56 |
| 9 | Discover | $5,446.00 | $0.00 | $2,265.06 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Equable Ascent Financial | $1,220.00 | $0.00 | $507.41 |
| 11 | Exxon Mobile Citi | $465.00 | $0.00 | $193.40 |
| 12 | GE Money Bank/Discount Tires | $1,219.00 | $0.00 | $507.00 |
| 13 | Midland Credit Management | $11,668.00 | $0.00 | $4,852.87 |
| 14 | Midland Credit Management | $6,678.00 | $0.00 | $2,777.47 |
| 15 | Midland Credit Management | $2,757.00 | $0.00 | $1,146.67 |
| 16 | Sallie Mae | $3,534.00 | $0.00 | $1,469.84 |

Total to be paid to tardily filed general unsecured claims:  $19,121.03
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

**UST Form 101-7-TFR (5/1/2011)**