**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-14552-JPC |
| | § | |
| RANDALL L. BAXLEY | § | |
| CHERYL L. BAXLEY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on February 16, 2016, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   1/5/2016                     By:   /s/ Gus A. Paloian
                                                         Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §        Case No. 11-14552-JPC
                                                §
RANDALL L. BAXLEY                               §
CHERYL L. BAXLEY                                §
                                                §
                    Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                          $136,995.38
*and approved disbursements of*                                $19,000.00
*leaving a balance on hand of[1]:*                             $117,995.38

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:            $117,995.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $9,149.77 | $0.00 | $9,149.77 |
| SEYFARTH SHAW, Attorney for Trustee Fees | $27,825.50 | $0.00 | $27,825.50 |
| SEYFARTH SHAW, Attorney for Trustee Expenses | $108.40 | $0.00 | $108.40 |
| Other: FERRER POIROT & WANSBROUGH, Special Counsel for Trustee Fees | $54,791.19 | $0.00 | $54,791.19 |

Total to be paid for chapter 7 administrative expenses:            $91,874.86
Remaining balance:            $26,120.52

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $26,120.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,370.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | I.R.S. | $4,370.88 | $0.00 | $4,370.88 |

Total to be paid to priority claims:  $4,370.88
Remaining balance:  $21,749.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,320.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | I.R.S. | $451.27 | $0.00 | $187.69 |
| 2 | Navient Solutions, Inc. | $3,099.18 | $0.00 | $1,288.99 |
| 3 | LVNV Funding, LLC its successors and assigns as | $2,769.64 | $0.00 | $1,151.93 |

Total to be paid to timely general unsecured claims:  $2,628.61
Remaining balance:  $19,121.03

Tardily filed claims of general (unsecured) creditors totaling $45,973.62 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed

general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | Cavalry SPV I, LLC | $3,948.62 | $0.00 | $1,642.28 |
| 5 | Arrow Financial Servic | $5,462.00 | $0.00 | $2,271.72 |
| 6 | Bank of America | $1,223.00 | $0.00 | $508.66 |
| 7 | Capital One | $2,205.00 | $0.00 | $917.09 |
| 8 | Credit Management | $148.00 | $0.00 | $61.56 |
| 9 | Discover | $5,446.00 | $0.00 | $2,265.06 |
| 10 | Equable Ascent Financial | $1,220.00 | $0.00 | $507.41 |
| 11 | Exxon Mobile Citi | $465.00 | $0.00 | $193.40 |
| 12 | GE Money Bank/Discount Tires | $1,219.00 | $0.00 | $507.00 |
| 13 | Midland Credit Management | $11,668.00 | $0.00 | $4,852.87 |
| 14 | Midland Credit Management | $6,678.00 | $0.00 | $2,777.47 |
| 15 | Midland Credit Management | $2,757.00 | $0.00 | $1,146.67 |
| 16 | Sallie Mae | $3,534.00 | $0.00 | $1,469.84 |

Total to be paid to tardily filed general unsecured claims:        $19,121.03
Remaining balance:        $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:        $0.00
Remaining balance:        $0.00

Prepared By: /s/ Gus A. Paloian
_____
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act
exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-14552-JPC
Randall L. Baxley                                               Chapter 7
Cheryl L. Baxley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 2          Date Rcvd: Jan 06, 2016
                             Form ID: pdf006        Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2016.
db/jdb        +Randall L. Baxley,   Cheryl L. Baxley,   4601 Beggs,   Houston, TX 77009-3313
aty           +Seyfarth Shaw LLP,   131 S Dearborn Street,   Suite 2400,   Chicago, IL 60603-5863
17078959      +ARS National Services,   201 W Grand Ave,   Escondido, CA 92025-2603
17078957      +Apex Financial Management,   1120 W Lake Cook Rd,   Buffalo Grove, IL 60089-1970
17078958      +Arrow Financial Servic,   5996 W Touhy Ave,   Niles, IL 60714-4610
17078961      +Bank Of America,   201 N Tryon St,   Charlotte, NC 28202-1331
17078962       Bk Of Amer,   P.O. Box 7047,   Dover, DE 19903
17078963      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
17078965      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17078966      +Credit Mgmt,   4200 International,   Carrollton, TX 75007-1912
17078969      +Exxmblciti,   Po Box 6497,   Sioux Falls, SD 57117-6497
17078975      +NCC Business Services, Inc.,   PO Box 24739,   Jacksonville, FL 32241-4739
22363567      +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
17078977      +Northland Group Inc,   PO Box 390905,   Edina, MN 55439-0905
17078978      +Plaza Associates,   5800 North Course Dr,   Houston, TX 77072-1613
17078980      +Sunrise Credit Services,   PO Box 9100,   Farmingdale, NY 11735-9100
17078981      +The Shindler Law Firm,   1990 E Algonquin Rd,   Suite 180,   Schaumburg, IL 60173-4164


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17078960      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 07 2016 00:47:59      Asset Acceptance LLC,
               28405 Van Dyke Avenue,   Warren, MI 48093-7132
17078964      +E-mail/Text: bankruptcy@cavps.com Jan 07 2016 00:48:41      Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,   Hawthorne, NY 10532-2162
22918880      +E-mail/Text: bankruptcy@cavps.com Jan 07 2016 00:48:41      Cavalry SPV I, LLC,
               assignee of Washington Mutual,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
17078967      +E-mail/Text: mrdiscen@discover.com Jan 07 2016 00:47:01      Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
17078970      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2016 00:50:43      Gemb/Discount Tires,
               Po Box 960061,   Orlando, FL 32896-0061
23230594      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2016 00:51:27      Gemb/Discount Tires,
               PO Box 981439,   El Paso, TX 79998-1439
17078971       E-mail/Text: bankruptcy@icsystem.com Jan 07 2016 00:49:05      I.C. Systems Inc,
               444 Highway 96 East,   PO Box 64887,   Saint Paul, MN 55164-0887
17078972       E-mail/Text: cio.bncmail@irs.gov Jan 07 2016 00:47:30      I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
22544335       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2016 00:51:23
               LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17078973      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2016 00:51:24      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
17078974      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 07 2016 00:48:06      Midland Credit Mgmt,
               8875 Aero Dr,   San Diego, CA 92123-2255
17078976      +E-mail/Text: egssupportservices@egscorp.com Jan 07 2016 00:48:27      NCO financial,
               507 Prudential Road,   Horsham, PA 19044-2368
17078979      +E-mail/PDF: pa_dc_claims@navient.com Jan 07 2016 00:50:48      Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                              TOTAL: 13


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23230518    ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
17078968    ##+Equable Ascent Financi,   1120 W Lake Cook Rd Ste,   Buffalo Grove, IL 60089-1970
                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dgomez           Page 2 of 2            Date Rcvd: Jan 06, 2016
                              Form ID: pdf006        Total Noticed: 30
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
          Bret  Harper   on behalf of Trustee Gus A Paloian bharper@seyfarth.com,  chidocket@seyfarth.com
          David P Lloyd   on behalf of Debtor 1 Randall L. Baxley courtdocs@davidlloydlaw.com
          David P Lloyd   on behalf of Debtor 2 Cheryl L. Baxley courtdocs@davidlloydlaw.com
          Gus A Paloian   gpaloian@seyfarth.com,
           gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
          Joseph P Doyle   on behalf of Debtor 2 Cheryl L. Baxley joe@fightbills.com,  courts@fightbills.com
          Joseph P Doyle   on behalf of Debtor 1 Randall L. Baxley joe@fightbills.com,
           courts@fightbills.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 7
```