**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-14552-JPC |
| | § | |
| RANDALL L. BAXLEY | § | |
| CHERYL L. BAXLEY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $200.00 | Assets Exempt: | $28,559.00 |
| Total Distributions to Claimants: | $26,120.52 | Claims Discharged Without Payment: | $50,920.29 |
| Total Expenses of Administration: | $91,874.86 | | |

3) Total gross receipts of $136,995.38 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $19,000.00 (see **Exhibit 2),** yielded net receipts of $117,995.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,281.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $82,772.01 | $82,772.01 | $91,874.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $13,528.22 | $4,370.88 | $4,370.88 | $4,370.88 |
| General Unsecured Claims (from **Exhibit 7**) | $48,873.00 | $52,293.71 | $52,293.71 | $21,749.64 |
| **Total Disbursements** | $64,682.22 | $139,436.60 | $139,436.60 | $117,995.38 |

   4). This case was originally filed under chapter 7 on 04/06/2011. The case was pending for 66 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 10/07/2016            By:   /s/ Gus A. Paloian
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| CLASS ACTION SETTLMENT | 1249-000 | $136,995.38 |
| **TOTAL GROSS RECEIPTS** | | **$136,995.38** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RANDALL L. BAXLEY AND CHERYL L. BAXLEY | Exemptions | 8100-002 | $19,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | 4110-000 | $2,281.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,281.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $46.92 | $46.92 | $9,149.77 |
| SEYFARTH SHAW, Attorney for Trustee | 3110-000 | NA | $27,825.50 | $27,825.50 | $27,825.50 |
| SEYFARTH SHAW, Attorney for Trustee | 3120-000 | NA | $108.40 | $108.40 | $108.40 |
| FERRER POIROT & WANSBROUGH, Special Counsel for Trustee | 3210-600 | NA | $54,791.19 | $54,791.19 | $54,791.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$82,772.01** | **$82,772.01** | **$91,874.86** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | I.R.S. | 5800-000 | $0.00 | $4,370.88 | $4,370.88 | $4,370.88 |
|  | I.R.S. | 5800-000 | $7,622.19 | $0.00 | $0.00 | $0.00 |
|  | I.R.S. | 5800-000 | $1,299.87 | $0.00 | $0.00 | $0.00 |
|  | I.R.S. | 5800-000 | $1,955.68 | $0.00 | $0.00 | $0.00 |
|  | I.R.S. | 5800-000 | $2,650.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,528.22 | $4,370.88 | $4,370.88 | $4,370.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | I.R.S. | 7100-000 | $0.00 | $451.27 | $451.27 | $0.00 |
| 2 | Navient Solutions, Inc. | 7100-000 | $0.00 | $3,099.18 | $3,099.18 | $1,301.91 |
| 3 | LVNV Funding, LLC its successors and assigns as | 7100-000 | $0.00 | $2,769.64 | $2,769.64 | $1,163.48 |
| 4 | Cavalry SPV I, LLC | 7100-000 | $0.00 | $3,948.62 | $3,948.62 | $16.47 |
| 4 | Cavalry SPV I, LLC | 7200-000 | $0.00 | $1,642.28 | $1,642.28 | $1,642.28 |
| 5 | Arrow Financial Servic | 7100-000 | $5,462.00 | $5,462.00 | $5,462.00 | $0.00 |
|  | Clerk, U.S. Bankruptcy Court (Claim No. 5; Arrow Financial Servic) | 7100-001 | $0.00 | $0.00 | $0.00 | $2,271.72 |
| 6 | Bank of America | 7100-000 | $1,223.00 | $1,223.00 | $1,223.00 | $5.10 |
| 6 | Bank of America | 7200-000 | $0.00 | $508.66 | $508.66 | $508.66 |
| 7 | Capital One | 7100-000 | $2,205.00 | $2,205.00 | $2,205.00 | $9.19 |
| 7 | Capital One | 7200-000 | $0.00 | $917.09 | $917.09 | $917.09 |
| 8 | Credit Management | 7100-000 | $148.00 | $148.00 | $148.00 | $0.00 |
|  | Clerk, U.S. Bankruptcy Court (Claim No. 8; Credit Management) | 7100-001 | $0.00 | $0.00 | $0.00 | $61.56 |
| 9 | Discover | 7100-000 | $5,446.00 | $5,446.00 | $5,446.00 | $22.71 |
| 9 | Discover | 7200-000 | $0.00 | $2,265.06 | $2,265.06 | $2,265.06 |
| 10 | Equable Ascent Financial | 7100-000 | $1,220.00 | $1,220.00 | $1,220.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|    | Claimant | Code | | | | |
|----|----------|------|---|---|---|---|
|    | Clerk, U.S. Bankruptcy Court (Claim No. 10; Equable Ascent Financial) | 7100-001 | $0.00 | $0.00 | $0.00 | $507.41 |
| 11 | Exxon Mobile Citi | 7100-000 | $465.00 | $465.00 | $465.00 | $1.94 |
| 11 | Exxon Mobile Citi | 7200-000 | $0.00 | $193.40 | $193.40 | $193.40 |
| 12 | GE Money Bank/Discount Tires | 7100-000 | $1,219.00 | $1,219.00 | $1,219.00 | $5.08 |
| 12 | GE Money Bank/Discount Tires | 7200-000 | $0.00 | $507.00 | $507.00 | $507.00 |
| 13 | Midland Credit Management | 7100-000 | $11,668.00 | $11,668.00 | $11,668.00 | $48.66 |
| 13 | Midland Credit Management | 7200-000 | $0.00 | $4,852.87 | $4,852.87 | $4,852.87 |
| 14 | Midland Credit Management | 7100-000 | $6,678.00 | $6,678.00 | $6,678.00 | $27.84 |
| 14 | Midland Credit Management | 7200-000 | $0.00 | $2,777.47 | $2,777.47 | $2,777.47 |
| 15 | Midland Credit Management | 7100-000 | $2,757.00 | $2,757.00 | $2,757.00 | $11.50 |
| 15 | Midland Credit Management | 7200-000 | $0.00 | $1,146.67 | $1,146.67 | $1,146.67 |
| 16 | Sallie Mae | 7100-000 | $3,534.00 | $3,534.00 | $3,534.00 | $14.73 |
| 16 | Sallie Mae | 7200-000 | $0.00 | $1,469.84 | $1,469.84 | $1,469.84 |
|    | Apex Financial Management | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | ARS National Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Asset Acceptance LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Bk Of Amer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Cavalry Portfolio Serv | 7100-000 | $2,980.00 | $0.00 | $0.00 | $0.00 |
|    | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | I.C. Systems Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Lvnv Funding Llc | 7100-000 | $3,868.00 | $0.00 | $0.00 | $0.00 |
|    | NCC Business Services, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | NCO financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Northland Group Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Plaza Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|    | Sunrise Credit Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| The Shindler Law Firm | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $48,873.00 | $68,574.05 | $68,574.05 | $21,749.64 |

Case 11-14552   Doc 136   Filed 10/14/16   Entered 10/14/16 15:38:53   Desc Main
Document      Page 7 of 12

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-14552-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | Date Filed (f) or Converted (c): | 04/06/2011 (f) |
| For the Period Ending: | 10/7/2016 | §341(a) Meeting Date: | 05/20/2011 |
| | | Claims Bar Date: | 10/29/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash on Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account with TCF | $517.00 | $0.00 | | $0.00 | FA |
| 3 | Savings Account with TCF | $62.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous used household goods and furnishings | $625.00 | $0.00 | | $0.00 | FA |
| 5 | Books, Pictures and CD's | $135.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing apparel | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Costume Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Debtor d/b/a/ Baxley's Village - (repairs and maintains mobility scooters) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Automobile-2005 Chevrolet Equinox with 63,212 in mileage - Current/Raffirm-Full Coverage Auto Insurance - Fair Market value is $7,000.00 is determined by a CarMax appraisal | $7,000.00 | $0.00 | | $0.00 | FA |
| 10 | Tools of the Trade - 1 Volt.Ohm Meter ($60.00), Assorted Hand Tools ($60.00), Battery Tester-($40.00), 1 Computer and Printer - ($200.00), Supply Parts-($200.00) | $600.00 | $0.00 | | $0.00 | FA |
| 11 | CLASS ACTION SETTLMENT (u) | $71,762.69 | $52,762.69 | | $136,995.38 | FA |

**Asset Notes:** The Trustee is administering this asset. Debtors receive a $15,000 exemption on the personal injury case and a $4,000 wildcard exemption.

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**
$81,321.69         $52,762.69          $136,995.38          $0.00

**Major Activities affecting case closing:**

09/30/2016   Final Report and Final Fee Applications were submitted to UST on 12/18/15 and filed with the Court on 1/5/16.   Original distributions were made on 2/16/16.  Subsequent distributions were made in May and June, 2016.   Unclaimed funds = $3,028.38.  A report of unclaimed funds was filed with the Court on July 28, 2016.  TDR prepared and submitted to UST for review.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 11-14552-JPC | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | | **Date Filed (f) or Converted (c):** | 04/06/2011 (f) |
| **For the Period Ending:** | 10/7/2016 | | **§341(a) Meeting Date:** | 05/20/2011 |
| | | | **Claims Bar Date:** | 10/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2015    **Current Projected Date Of Final Report (TFR):** 12/31/2015

/s/ GUS A. PALOIAN
_____
GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-14552-JPC | |
| **Case Name:** | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | |
| **Primary Taxpayer ID #:** | **-***8371 | |
| **Co-Debtor Taxpayer ID #:** | **-***8372 | |
| **For Period Beginning:** | 4/6/2011 | |
| **For Period Ending:** | 10/7/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0316 |
| **Account Title:** | RANDALL L. AND CHERYL L. BAXLEY |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2015 | (11) | FREESE AND GOSS, PLLC | PAYMENT RECEIVED FROM DEBTORS' LITIGATION COUNSEL RE SETTLEMENT WITH AMS | 1249-000 | $131,995.38 | | $131,995.38 |
| 02/25/2015 | (11) | Freese and Goss, PLLC | COLOPLAST SETTLEMENT CHECK - CHERYL BAXLEY | 1249-000 | $5,000.00 | | $136,995.38 |
| 12/16/2015 | 1001 | RANDALL L. BAXLEY AND CHERYL L. BAXLEY | $15,000.00 Personal Injury Exemption $4,000.00 Wildcard Exemption | 8100-002 | | $19,000.00 | $117,995.38 |
| 02/18/2016 | 1002 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $108.40 | $117,886.98 |
| 02/18/2016 | 1003 | SEYFARTH SHAW | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $27,825.50 | $90,061.48 |
| 02/18/2016 | 1004 | FERRER POIROT & WANSBROUGH | Claim #: ; Distribution Dividend: 100.00; | 3210-600 | | $54,791.19 | $35,270.29 |
| 02/18/2016 | 1005 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $9,149.77 | $26,120.52 |
| 02/18/2016 | 1006 | I.R.S. | Claim #: 1; Distribution Dividend: 100.00; | 5800-000 | | $4,370.88 | $21,749.64 |
| 02/18/2016 | 1007 | I.R.S. | Claim #: 1; Distribution Dividend: 41.59; | 7100-003 | | $187.69 | $21,561.95 |
| 02/18/2016 | 1008 | Navient Solutions, Inc. | Claim #: 2; Distribution Dividend: 41.59; | 7100-000 | | $1,288.99 | $20,272.96 |
| 02/18/2016 | 1009 | LVNV Funding, LLC its successors and assigns as | Claim #: 3; Distribution Dividend: 41.59; | 7100-000 | | $1,151.93 | $19,121.03 |
| 02/18/2016 | 1010 | Cavalry SPV I, LLC | Claim #: 4; Distribution Dividend: 41.59; | 7200-000 | | $1,642.28 | $17,478.75 |
| 02/18/2016 | 1011 | Arrow Financial Servic | Claim #: 5; Distribution Dividend: 41.59; | 7200-000 | | $2,271.72 | $15,207.03 |
| 02/18/2016 | 1012 | Bank of America | Claim #: 6; Distribution Dividend: 41.59; | 7200-000 | | $508.66 | $14,698.37 |
| 02/18/2016 | 1013 | Capital One | Claim #: 7; Distribution Dividend: 41.59; | 7200-000 | | $917.09 | $13,781.28 |
| 02/18/2016 | 1014 | Credit Management | Claim #: 8; Distribution Dividend: 41.59; | 7200-000 | | $61.56 | $13,719.72 |
| 02/18/2016 | 1015 | Discover | Claim #: 9; Distribution Dividend: 41.59; | 7200-000 | | $2,265.06 | $11,454.66 |
| 02/18/2016 | 1016 | Equable Ascent Financial | Claim #: 10; Distribution Dividend: 41.59; | 7200-000 | | $507.41 | $10,947.25 |
| 02/18/2016 | 1017 | Exxon Mobile Citi | Claim #: 11; Distribution Dividend: 41.59; | 7200-000 | | $193.40 | $10,753.85 |
| 02/18/2016 | 1018 | GE Money Bank/Discount Tires | Claim #: 12; Distribution Dividend: 41.59; | 7200-000 | | $507.00 | $10,246.85 |
| 02/18/2016 | 1019 | Midland Credit Management | Claim #: 13; Distribution Dividend: 41.59; | 7200-000 | | $4,852.87 | $5,393.98 |
| 02/18/2016 | 1020 | Midland Credit Management | Claim #: 14; Distribution Dividend: 41.59; | 7200-000 | | $2,777.47 | $2,616.51 |
| 02/18/2016 | 1021 | Midland Credit Management | Claim #: 15; Distribution Dividend: 41.59; | 7200-000 | | $1,146.67 | $1,469.84 |
| | | | **SUBTOTALS** | | $136,995.38 | $135,525.54 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-14552-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8371 | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | **-***8372 | Account Title: | RANDALL L. AND CHERYL L. BAXLEY |
| For Period Beginning: | 4/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2016 | 1022 | Sallie Mae | Claim #: 16; Distribution Dividend: 41.59; | 7200-000 | | $1,469.84 | $0.00 |
| 05/05/2016 | | I.R.S. | Refund on Check# 1007; IRS returned check because amount is no longer owed. | 7100-000 | | ($187.69) | $187.69 |
| 05/13/2016 | 1016 | STOP PAYMENT: Equable Ascent Financial | Claim #: 10; Distribution Dividend: 41.59; | 7200-004 | | ($507.41) | $695.10 |
| 05/13/2016 | 1023 | Equable Ascent Financial | | 7200-000 | | $507.41 | $187.69 |
| 06/22/2016 | 1023 | STOP PAYMENT: Equable Ascent Financial | | 7200-004 | | ($507.41) | $695.10 |
| 06/22/2016 | 1014 | STOP PAYMENT: Credit Management | Claim #: 8; Distribution Dividend: 41.59; | 7200-004 | | ($61.56) | $756.66 |
| 06/22/2016 | 1011 | STOP PAYMENT: Arrow Financial Servic | Claim #: 5; Distribution Dividend: 41.59; | 7200-004 | | ($2,271.72) | $3,028.38 |
| 07/28/2016 | 1024 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Dividends | * | | $2,840.69 | $187.69 |
| | | | Unclaimed funds for claim #5      $(2,271.72) | 7100-001 | | | $187.69 |
| | | | Unclaimed funds for claim #8         $(61.56) | 7100-001 | | | $187.69 |
| | | | Unclaimed funds for claim #10       $(507.41) | 7100-001 | | | $187.69 |
| 07/28/2016 | 1024 | STOP PAYMENT: CLERK, U.S. BANKRUPTCY COURT | Unclaimed Dividends | * | | ($2,840.69) | $3,028.38 |
| | | | Unclaimed funds for claim #5       $2,271.72 | 7100-004 | | | $3,028.38 |
| | | | Unclaimed funds for claim #8          $61.56 | 7100-004 | | | $3,028.38 |
| | | | Unclaimed funds for claim #10        $507.41 | 7100-004 | | | $3,028.38 |
| 07/28/2016 | 1025 | Clerk, U.S. Bankruptcy Court | | * | | $2,840.69 | $187.69 |
| | | | Unclaimed funds for claim #5      $(2,271.72) | 7100-001 | | | $187.69 |
| | | | Unclaimed funds for claim #8         $(61.56) | 7100-001 | | | $187.69 |
| | | | Unclaimed funds for claim #10       $(507.41) | 7100-001 | | | $187.69 |
| 07/29/2016 | 1026 | Navient Solutions, Inc. | Claim #: 2; Distribution Dividend: 42.01; | 7100-000 | | $12.92 | $174.77 |
| 07/29/2016 | 1027 | LVNV Funding, LLC its successors and assigns as | Claim #: 3; Distribution Dividend: 42.01; | 7100-000 | | $11.55 | $163.22 |
| 07/29/2016 | 1028 | Cavalry SPV I, LLC | Claim #: 4; Distribution Dividend: 42.01; | 7100-000 | | $16.47 | $146.75 |
| 07/29/2016 | 1029 | Bank of America | Claim #: 6; Distribution Dividend: 42.01; | 7100-000 | | $5.10 | $141.65 |
| 07/29/2016 | 1030 | Capital One | Claim #: 7; Distribution Dividend: 42.01; | 7100-000 | | $9.19 | $132.46 |
| | | | | **SUBTOTALS** | $0.00 | $1,337.38 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-14552-JPC | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8371 | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | **-***8372 | Account Title: | RANDALL L. AND CHERYL L. BAXLEY |
| For Period Beginning: | 4/6/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | 1031 | Discover | Claim #: 9; Distribution Dividend: 42.01; | 7100-000 | | $22.71 | $109.75 |
| 07/29/2016 | 1032 | Exxon Mobile Citi | Claim #: 11; Distribution Dividend: 42.01; | 7100-000 | | $1.94 | $107.81 |
| 07/29/2016 | 1033 | GE Money Bank/Discount Tires | Claim #: 12; Distribution Dividend: 42.01; | 7100-000 | | $5.08 | $102.73 |
| 07/29/2016 | 1034 | Midland Credit Management | Claim #: 13; Distribution Dividend: 42.01; | 7100-000 | | $48.66 | $54.07 |
| 07/29/2016 | 1035 | Midland Credit Management | Claim #: 14; Distribution Dividend: 42.01; | 7100-000 | | $27.84 | $26.23 |
| 07/29/2016 | 1036 | Midland Credit Management | Claim #: 15; Distribution Dividend: 42.01; | 7100-000 | | $11.50 | $14.73 |
| 07/29/2016 | 1037 | Sallie Mae | Claim #: 16; Distribution Dividend: 42.01; | 7100-000 | | $14.73 | $0.00 |
| 10/03/2016 | | I.R.S. | CORRECTIVE ENTRY FOR REFUND MADE IN ERROR | 7100-000 | | $187.69 | ($187.69) |
| 10/03/2016 | 1007 | VOID: I.R.S. | | 7100-003 | | ($187.69) | $0.00 |
| | | | **TOTALS:** | | $136,995.38 | $136,995.38 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $136,995.38 | $136,995.38 | |
| | | | Less: Payments to debtors | | $0.00 | $19,000.00 | |
| | | | **Net** | | $136,995.38 | $117,995.38 | |

**For the period of 4/6/2011 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $117,995.38 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $136,995.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/06/2015 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $117,995.38 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $136,995.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 11-14552-JPC | |
| **Case Name:** | BAXLEY, RANDALL L. AND BAXLEY, CHERYL L. | |
| **Primary Taxpayer ID #:** | **-***8371 | |
| **Co-Debtor Taxpayer ID #:** | **-***8372 | |
| **For Period Beginning:** | 4/6/2011 | |
| **For Period Ending:** | 10/7/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0316 |
| **Account Title:** | RANDALL L. AND CHERYL L. BAXLEY |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $136,995.38 | $136,995.38 | $0.00 |

**For the period of 4/6/2011 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $117,995.38 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $136,995.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/06/2011 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $136,995.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $136,995.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $117,995.38 |
| Total Non-Compensable Disbursements: | $19,000.00 |
| Total Comp/Non Comp Disbursements: | $136,995.38 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN